IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| PATRICIA HUNT,<br><br>Plaintiff,<br><br>vs.<br><br>MAUI SPECIFIC POLICE DEPT.,<br><br>Defendant. | ) | 26-CV-00422-HG-RT |

**ORDER ADOPTING THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DENY APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS AND DISMISS COMPLAINT (ECF NO. 8)**

The Findings and Recommendation having been filed and served on all parties on September 28, 2026, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28 United States Code Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendation to Deny Application to Proceed in District Court Without Prepaying Fees or Costs and Dismiss Complaint (ECF NO. 8) is adopted as the Opinion and Order of this Court.

Plaintiff may file an Amended Complaint and pay the filing fee or file a new Application to Proceed in District Court Without Prepaying Fees or Costs on or before **Friday, December 11, 2026.**

Failure to file an Amended Complaint and pay the filing fee

or file a new Application to Proceed Without Prepayment of Costs on or before the deadline will result in the automatic dismissal of this action.

IT IS SO ORDERED.

Dated: Honolulu, Hawaii, October 27, 2026.

Helen Gillmor
United States District Judge